**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROMALENE TOLENTINO and PREFERRED MORTGAGE SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, et al.,<br><br>Defendants. | 2:09-CV-1327 JCM (LRL) |

**ORDER**

Presently before the court is a stipulated dismissal of action. (Doc. #99). On July 1, 2011, the parties in this action submitted a joint stipulation to dismiss the action. (Doc. #99). In the stipulation, the parties state that they stipulate to the dismissal with prejudice of the action pursuant to a settlement agreement and Rule 41(a)(1)(A)(ii).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case be, and the same hereby is, DISMISSED with prejudice.

DATED this 11th day of October, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**